DUCKWORTH · PETERS · LEBOWITZ LLP
THOMAS E. DUCKWORTH, ESQ., Cal. Bar No. 152369
Email: tom@dplsf.com
235 Montgomery Street, Suite 1010
San Francisco, CA 94104
Telephone: 415.433.0333
Facsimile: 415.449.6556

VILLARREAL HUTNER PC
TRACY S. TODD, ESQ., Cal. Bar No. 172884
E-Mail: ttodd@vhattorneys.com
STEPHEN KENNEDY ROBINSON, ESQ., Cal. Bar No. 217898
E-Mail: srobinson@vhattorneys.com
575 Market Street, Suite 300
San Francisco, California 94105
Telephone: 415.543.4200
Facsimile: 415.512.7674

Attorneys for Defendant
STAPLES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ROSALIA GOMEZ,<br><br>  Plaintiff,<br><br>  v.<br><br>STAPLES, INC., a Delaware Corporation and DOES 1 to 25,<br><br>  Defendants. | CASE NO. 3:10-cv-0331-CRB<br><br>**JOINT STIPULATION EXTENDING TIME FOR DEFENDANT STAPLES, INC. TO ANSWER COMPLAINT** |

Pursuant to Local Rule 6-1(a) of the United States District Court for the Northern District of California, it is hereby stipulated by and between Plaintiff Rosalia Gomez and Defendant Staples, Inc. that Defendant shall have an extension of time up to and including April 27, 2010 to answer Plaintiff's Complaint in the above-captioned action. This extension of time will not alter the date of any event or any deadline already fixed by Court order.

-1-
CASE NO. 3:10-cv-0331-CRB    JOINT STIPULATION EXTENDING TIME FOR DEFENDANT STAPLES, INC.
TO ANSWER COMPLAINT

1  The reason for this Stipulation is so that Defendant has time to adequately
2  investigate the alleged claims and their factual basis prior to filing a responsive pleading.  In
3  addition, the parties are meeting and conferring as to whether early resolution of this matter is
4  possible.  As a result, the parties wish to preserve judicial resources and avoid any unnecessary
5  law and motion practice in the interim.
6         IT IS SO STIPULATED.

8  Dated: April 12, 2010      VILLARREAL HUTNER PC

11  By: /s/ Tracy S. Todd
     Tracy S. Todd
     Attorneys for Defendant
     Staples, Inc.

15  Dated: April 12, 2010      DUCKWORTH • PETERS • LEBOWITZ LLP

17  By: [signature]
     Thomas E. Duckworth
     Attorney for Plaintiff
     Rosalia Gomez

Signed: April 15, 2010

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA